TRINA A. HIGGINS, United States Attorney (#7349)
CARLOS A. ESQUEDA, Assistant United States Attorney (#5386)
Attorneys for the United States of America
111 South Main Street, Ste. 1800 • Salt Lake City, Utah 84111
Telephone: (801) 524-5682 • Facsimile: (801) 325-3387

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JAMIE D. WANLASS, <br><br> Defendant. | **FELONY COMPLAINT** <br><br> MAGIS NO.   2:23-mj-01207 DBP <br><br> VIOS. COUNT 1, 18 U.S.C. § 2113(a), BANK ROBBERY. |

**COUNT 1**
(Bank Robbery)
18 U.S.C. § 2113(a).

On or about December 20, 2023, in the District of Utah,

**JAMIE D. WANLASS**,

the defendant herein, by force, violence, and intimidation did take from the person and

presence of others, employees of the Wells Fargo Bank located at 299 South Main St,

Salt Lake City, Utah, U.S. Currency, belonging to and in the care, custody, control,

management, and possession of the Wells Fargo Bank, a bank whose deposits are and on

1

the date of the robbery were then insured by the Federal Deposit Insurance Corporation (FDIC); all in violation of 18 U.S.C. § 2113(a).

## AFFIDAVIT IN SUPPORT OF COMPLAINT AND ARREST WARRANT

This complaint is based on the following information:

I, Steven S. Hymas, being first duly sworn, depose and say:

1. Your affiant is a Special Agent with the Federal Bureau of Investigation (FBI) currently assigned to the Violent Crimes squad in the Salt Lake City field office. The information contained in this complaint is based on an investigation conducted by your affiant along with other FBI Agents, Task Force Officers and officers from the Salt Lake City Police Department (SLCPD).

2. On December 20, 2023, at approximately 10:25 a.m. a bank robbery occurred at the Wells Fargo Bank located at 299 South Main St, Salt Lake City, Utah. The suspect was described as a white male with a medium build, approximately 5' 6" to 5'7" wearing a dark gray hoodie. The hoodie had a white logo on the left chest which read "Punkins." On the back of the hoodie was a large logo which read "Punkins" with a teacup over it. The suspect also wore dark pants and dark boots. The suspect had dark scruffy facial hair with some grey in it.

3. The suspect entered the bank, walked to a teller station and asked the teller for help. The suspect then handed the teller a note written on a torn piece of notebook paper. The teller recalled the note saying, Give me all your money. This is a robbery.

4. The teller opened their drawer and gave the suspect money, approximately $197.00. The suspect took the money from the teller along with the robbery note and told the teller, "Thank you. Have a nice day." The suspect then left the bank on foot.

5. Wells Fargo Security Division provided your affiant with still images of the suspect from their surveillance video. Those images were shared with other law enforcement officers to aid in the search for the suspect.

6. Supervisor Ben Graham with Unites States Probation reviewed the surveillance images and recognized the suspect as Jaime Wanlass. Graham stated he supervised Wanlass while he was on Federal Supervised Release for a 2018 bank robbery. A review of Wanlass' criminal record revealed Wanlass had robbed the same bank in March of 2018.

7. During attempts to locate the suspect. Law enforcement officials spoke with Bethany Young at the Weigand Homeless Resource Center, located at 437 West 200 South, Salt Lake City. Young works at the front desk of the Weigand Center and is familiar with the individuals that come in and out of the Center. Young was shown the still images of the suspect of the bank robbery, to include images of the suspect's face as well as the front and back of the suspect's hoodie.

8. Young stated she recognized the suspect as Jamie Wanlass. Young stated that Wanlass was at the Weigand Center earlier that morning. Surveillance video was obtained from the Weigand Center, and the suspect of the robbery was observed at

7:06 a.m. at the front desk wearing the same hoodie with the same dark scruffy beard.

9. Young was shown still images of the Weigand Center surveillance video with the suspect at the front desk. Young stated that she could see herself in the images talking to Jamie Wanlass. Young knows Wanlass from his visits at the Weigand Center. Young further advised that she recognized the hoodie worn by Wanlass, in both the bank and Weigand Center surveillance images, as a hoodie that Wanlass has been wearing for the past several days.

10. Law enforcement officials reviewed a Utah driver's license photo and information for Jamie Wanlass. The images of the suspect from the bank robbery surveillance video resemble the same physical characteristics of Wanlass' physical description and image contained in is driver's license.

11. Wells Fargo Bank is insured by the Federal Deposit Insurance Corporation.

12. On December 21, 2023, law enforcement continued to search for the suspect. The suspect was located outside the rescue mission at 4:34 a.m. by Salt Lake Police officers. The suspect was identified as Jamie D. Wanlass and was wearing the same distinctive hoodie as shown in the bank surveillance video. Officers located $112.96 on the suspects person.

//

//

//

13. Based on the foregoing information, your affiant respectfully requests that a complaint and an arrest warrant be issued for Jamie D. Wanlass for a violation of 18 U.S.C Section 2113(a).

Dated this 21st day of December 2023.

_____
Steven Hymas
Digitally signed by Steven Hymas
Date: 2023.12.21 10:41:27 -07'00'

STEVEN S. HYMAS
Special Agent Federal Bureau of Investigation

Subscribed and sworn to before me, this __21st__ day of December 2023.

_____
DUSTIN PEAD
United States Magistrate Judge

APPROVED:
TRINA A. HIGGINS
United States Attorney

_____
CARLOS ESQUEDA
Digitally signed by CARLOS ESQUEDA
Date: 2023.12.21 10:58:43 -07'00'

CARLOS A. ESQUEDA
Assistant United States Attorney